DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



**FILED**

MAY 0 4 2012



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
ALELI MANUEL

Chapter 13
Case No. 11-3-0088 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 DEBTOR REFUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of $8,529.93 as follows:

Name and Address of Claimant
CLERK OF THE COURT FOR:
ALELI MANUEL
283 BAY RIDGE DR
DALY CITY, CA 94014

Unclaimed Refund

$8,529.93

Dated:   May 3, 2012

CECILIA MARCELO
Receipts Administrator